ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/25

JOHN CURTIS RICE,

        Plaintiff,

v.

CERTES PARTNERS, L.P.,

        Defendant.

Case No.: 1:24-cv-06059-LLS

### [PROPOSED] DEFAULT JUDGMENT

LLS

Upon consideration of the motion for default judgment filed by the plaintiff, John Curtis Rice ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Jaymie Sabilia-Heffert, Esq., and the exhibits attached thereto, the declaration of John Curtis Rice, and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against the defendant Certes Partners, L.P. ("*Defendant*");

2. Defendant is to pay the sum of $15,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3. Default judgment be entered against Defendant as to liability for removal of Copyright Management Information ("CMI") in violation of the Digital Millennium Copyright Act (the "DMCA") (17 U.S.C. § 1201, *et seq.*);

4. Defendant is to pay $15,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for the willful distribution of Plaintiff's Photograph with removed or altered CMI;

5. Defendant is to pay $4,137.00 in attorneys' fees and $465.00 costs pursuant to 17 U.S.C. § 505;

6. Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961;

7. The Court retains jurisdiction over any matter pertaining to this judgment

New York, NY
Dated: July 9, 2025

**SO ORDERED**

_Louis L. Stanton_
Hon. Louis L. Stanton
United States District Judge